AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

| | |
|---|---|
| CarolAnn Senator-Rudat | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  1:20-cv-2131 |
| James Southard, | ) |
| Steve Southard, and | ) |
| Auto Memories Classic Cars, LLC | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Auto Memories Classic Cars, LLC
1111 Via Bayless
Marietta, Ga. 30066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Hopkins
J. David Hopkins Law, LLC
130 Barksdale Drive
Atlanta, Ga. 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:        05/19/2020



s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

Case 1:20-cv-02131-ELR   Document 4   Filed 05/18/20   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-2131

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Auto Memories Classic Cars, LLC

was received by me on *(date)*   08/14/2020

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

XX I served the summons on *(name of individual)*   Steve Southard   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Auto Memories Classic Cars, LLC

at 681 Cobb Pkwy. S, Marietta GA 30060   on *(date)*   08/17/2020   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/17/2020

*Server's signature*

Lorenzo Kenerson - Process Server
*Printed name and title*

3301 Buckeye Road, Suite 303
Atlanta GA 30341
*Server's address*

Additional information regarding attempted service, etc:

Print          Save As...          Reset