# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| **CAROLANN SENATOR-RUDAT**<br>**Plaintiff.**<br><br>Vs.<br><br>**JAMES SOUTHARD, et al.,**<br>**Defendants** | **1:20-CV-02131-ELR** |

## DEFENDANT JAMES SOUTHARD'S NOTICE OF FILING BANKRUPTCY

COMES NOW, Defendant, James Southard ("Defendant"), and gives notice of the filing of bankruptcy in the case styled: In Re: James Southard, Case Number 22-50489-IRC, on January 19, 2022 in the United States Bankruptcy Court for the Northern District of Georgia.

THIS, the 25th day of August, 2022.

*Rebecca W. McLaws*
Rebecca W. McLaws
Georgia Bar No. 350156
Attorney for Defendant James Southard

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**CAROLANN SENATOR-RUDAT**
**Plaintiff.**

Vs.                                             1:20-CV-02131-ELR

**JAMES SOUTHARD, et al.,**
**Defendants**

## CERTIFICATE OF SERVICE

This is to certify that I have served the attorney for the Plaintiff on the date below with a copy of the within and foregoing Defendant James Southard's Notice of Filing Bankruptcy via Statutory Electronic Service and by depositing s copy in the United States mail, with adequate postage affixed thereto, and addressed as follows:

David Hopkins, Esq.
J. David Hopkins Law, LLC
130 Barksdale Drive
Atlanta, Georgia 30309

This 25th day of August, 2022.

_____
Rebecca W. McLaws
Georgia Bar No. 350156
Attorney for Defendant James Southard