# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-02131-SEG
### Senator-Rudat v. Southard et al
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Chambers on 08/29/2022.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:46 A.M.           COURT REPORTER: Denise Stewart
TIME IN COURT: 00:16                       DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | J. Hopkins representing CarolAnn Senator-Rudat<br>Rebecca McLaws representing Auto Memories Classic Cars, LLC<br>Rebecca McLaws representing James Southard<br>Rebecca McLaws representing Steve Southard |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | After hearing from the parties concerning Defendant James Southard's filing of bankruptcy, the Court cancelled the September 8th evidentiary hearing on Plaintiff's renewed motion for default judgment (Doc. 41). Order to follow. |
| HEARING STATUS: | Hearing Concluded |