# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-02131-SEG
## Senator-Rudat v. Southard et al
## Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Chambers on 10/13/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 10:37 A.M. | |
| TIME COURT CONCLUDED: 11:00 A.M. | COURT REPORTER: Lori Burgess |
| TIME IN COURT: 00:23 | DEPUTY CLERK: Brittney Walker |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Will Geer representing CarolAnn Senator-Rudat<br>J. Hopkins representing CarolAnn Senator-Rudat<br>Rebecca McLaws representing Auto Memories Classic Cars, LLC<br>Rebecca McLaws representing James Southard<br>Rebecca McLaws representing Steve Southard |
| OTHER(S) PRESENT: | Gregory Hayes-Trustee, CarolAnn Senator-Rudat-Plaintiff |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [41]Motion for Default Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The court held a teleconference on 10/13/22. The court discussed jurisdictional issues and the underlying suit in bankruptcy court. The court took under advisement the plaintiff's pending motion for default judgment and directed the plaintiff to file a supplemental brief within the next two weeks. See transcript for more details. |
| HEARING STATUS: | Hearing Concluded |