UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CAROLANN SENATOR-RUDAT,**<br><br>**Plaintiff,**<br><br>v.<br>**JAMES SOUTHARD, STEVE SOUTHARD, and AUTO MEMORIES CLASSIC CARS, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br><br>**1:20-CV-02131-SEG** |

**ORDER GRANTING EXTENSION OF TIME**

On October 13, 2022, this Court held a status conference (the "**Status Conference**") regarding Plaintiff Carolann Sentator-Rudat's Motion for Default Judgment (Docket No. 41). At the conclusion of the Status Conference, the Court entered a Minute Sheet providing that Plaintiff shall file a supplemental brief on the matter by October 27, 2022. Plaintiff has requested an extension of time to file her supplemental brief to November 4, 2022 through e-mail to the Court's chambers and opposing counsel.

For good cause shown, it is hereby:

1

**ORDERED** that Plaintiff shall have until November 4, 2022 to file her supplemental brief.

_____
SARAH E. GERAGHTY
United States District Judge